**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-MJ-302 |
| ARUSH GAUTAM, | **FILED UNDER SEAL** |
| *Defendant.* | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Tarique Shotwell, being duly sworn, depose and state:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging Arush Gautam ("Gautam" or "defendant") with a violation of 18 U.S.C. § 1543 (Forgery or False Use of Passport). Based on the facts set forth herein, your affiant submits that there is probable cause to believe that Gautam is an alien, who willfully and knowingly used and attempted to use a forged, altered passport or any passport validly issued, which expired and therefore became void.

2. The information in this affidavit is based on my personal involvement in this investigation, information obtained from other law enforcement officers, witnesses, and cooperating sources, and my training and experience. Because I submit this affidavit for the limited purpose of establishing probable cause for the requested warrant, this affidavit does not set forth all of my knowledge about the investigation. Rather, I have set forth only the information that I believe is necessary to establish probable cause. I have not, however, omitted information known to me that would defeat a finding of probable cause.

1

**AFFIANT BACKGROUND**

3.      I am a Special Agent ("SA") with the U.S. Department of State, Diplomatic Security Service ("DSS") and have been so employed since September 2024. As such, I am an agent of the United States who is empowered by law under 22 U.S.C. § 2709 to conduct investigations and to make arrests for offenses enumerated under Title 18 of the United States Code. I am currently assigned to the Washington Field Office ("WFO") in Dunn Loring, Virginia, where I conduct investigations related to passport and visa fraud.

4.      Previously, I was a Program Specialist (as a Presidential Management Fellow) with the USDA Forest Service headquarters in Washington, D.C. where I worked on several projects related to internal communications, recruitment, and contract management.  Prior to this fellowship, I was an educator in New Orleans, LA.  I have approximately 28 weeks of law enforcement training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I possess Bachelor's and Master's degrees from Vanderbilt University.

5.      The facts set forth in this affidavit are known to me as a result of my participation in this investigation, from information provided to me by other law enforcement officers and/or government officials, and from records, documents, and/or other evidence obtained during this investigation.

**Summary of Facts to Support Probable Cause**

6.      Gautam, an Indian citizen, was granted a J-1 (Exchange Visitor) Visa on December 1, 2008, and entered the U.S. on or about January 30, 2009.[1] The J-1 Visa expired on or about

---

[1] A J-1 Visa is a non-immigrant visa issued to those authorized to participate in approved programs for the purpose of teaching, instructing or lecturing, studying, observing, conducting research, consulting, demonstrating special skills, receiving training, or to receive graduate medical education or training.

January 31, 2010. According to U.S. government travel records, Gautam has failed to depart the U.S. in compliance with the expiration of his visa. Based on information provided by the Department of Homeland Security, Immigration and Customs Enforcement, Gautam is believed to be illegally present in the U.S. in violation of the Immigration and Nationality Act, §237(a)(1)(B). The most recent visual surveillance conducted by DSS agents on or about June 8, 2026, August 3, 2026, and August 5, 2026 confirmed Gautam's physical presence at the Days Inn Wyndham Manassas Battlefield Hotel in Manassas, Virginia.

7.     On or about May 4, 2021, Gautam presented his Indian passport at the Prince William County, Virginia Department of Motor Vehicles ("DMV"), in Woodbridge, Virginia, in the Eastern District of Virginia, to obtain a Virginia driver's license. The DMV clerk observed that the expiration date on the passport was altered from "2018" to "2028." The clerk confiscated Gautam's Indian passport and his DMV form DL10, Driver and Identification Privilege Card Application ("DL10"). This passport and DL10 were subsequently transferred to the custody of DSS and processed as evidence.

8.     A scan of the biographical portion of Gautam's passport, as well as an enlarged portion of the "Date of Expiry" section, is shown below. Based on your Affiant's training and experience, there is probable cause to believe that the expiration date was altered, by-hand, from its original form of "2018" to "2028."

3




9.      In the course of the investigation, a copy of Gautam's original, unaltered passport was located, which was used in 2019 as part of his son's DS-3053, Issuance of a U.S. Passport to a Minor Under Age 16 application ("DS-3053"). A copy of the biographical page from that section can be found below, with an enlargement of the "Date of Expiry" section. Based on my training and experience, it is clear that Gautam's passport expiration date was altered by hand prior to him presenting the passport on or about May 4, 2021, at the Prince William County, Virginia DMV.




4

**CONCLUSION**

10.     Based on the foregoing, I submit that there is probable cause to believe that on May 4, 2021, in Woodbridge, Virginia, in the Eastern District of Virginia, Gautam willfully and knowingly used and attempted to use a forged, altered passport or any passport validly, which expired and therefore became void, namely, at Prince William County, Virginia DMV in violation of 18 U.S.C. § 1543 – Forgery or False Use of Passport.

Respectfully submitted,

*Tarique Shotwell*

Tarique Shotwell
Special Agent
Diplomatic Security Service
U.S. Department of State

Respectfully submitted and attested to in
accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone on August 7, 2026.

Lindsey R Vaala    Digitally signed by Lindsey R Vaala
Date: 2026.08.07 11:45:59 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia

5